Opinions of the Colorado Supreme Court are available to the public and can be accessed through the Judicial Branch's homepage at http://www.courts.state.co.us.  Opinions are also posted on the Colorado Bar Association's homepage at http://www.cobar.org.

ADVANCE SHEET HEADNOTE
July 2, 2018

**2018 CO 65**

**No. 18SA113,** <u>In the Matter of the Title, Ballot Title and Submission Clause for proposed initiatives 2017-2018 #178, #179, #180 and #181</u>

The action of the Title Board for proposed initiatives 2017-2018 #178, #179, #180 and #181 is affirmed by operation of law.  <u>See</u> C.A.R. 35(b).

**The Supreme Court of the State of Colorado**
2 East 14th Avenue • Denver, Colorado 80203

**2018 CO 65**

**Supreme Court Case No. 18SA113**
*Original Proceeding Pursuant to §1-40-107(2), C.R.S. (2017)*
Appeal from the Ballot Title Board

**In the Matter of the Title, Ballot Title and Submission Clause
for Proposed Initiatives 2017-2018 #178, #179, #180 and #181
"Regulation of Oil and Gas Development"**

**Petitioner:**

Janette Rose,

v.

**Respondents:**

John Brackney and Guillermo DeHerrera,

And

**Title Board:**

Suzanne Staiert, Glenn Roper and Jason Gelender.

**Action Affirmed by Operation of Law**
*en banc*
July 2, 2018

**Attorneys for Petitioner:**
Tierney Lawrence LLC
Edward T. Ramey
Martha M. Tierney
    *Denver, Colorado*

**Attorneys for Respondens:**
Brownstein Hyatt Farber Schreck, LLP
Jason R. Dunn
David B. Meschke
   *Denver, Colorado*

**Attorneys for the Title Board:**
Cynthia H. Coffman, Attorney General
Matthew D. Grove, Assistant Solicitor General
   *Denver, Colorado*

PER CURIAM.

¶1    Chief Justice Coats, Justice Márquez, and Justice Boatright are of the opinion that the action of the Title Board should be affirmed.

¶2    Justice Hood, Justice Gabriel and Justice Hart are of the opinion that the action of the Title Board should be reversed.

¶3    The action of the Title Board setting a title for ballot initiatives numbered 2017-2018 #178, #179, #180, and #181 is therefore affirmed by operation of law.